FILED
CLERK, U.S. DISTRICT COURT
9/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| UNITED STATES OF AMERICA, | No. 2:25-CR-00686(A)-FMO |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| v. | |
| JONATHAN CARAVELLO, | [18 U.S.C. §§ 111(a)(1), (b): Assault on Federal Officer Using a Deadly or Dangerous Weapon] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant JONATHAN CARAVELLO, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with employees of United States Customs and Border Protection, while the employees were engaged in, and on account of,

//

//

1  the performance of their official duties, and in doing so, used a
2  deadly and dangerous weapon, namely, a tear gas canister.

                                            A TRUE BILL

                                            _____/s/_____
                                            Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances D. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

ROGER A. HSIEH
Assistant United States Attorney
Deputy Chief, Major Frauds Section