UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00686-(A)-FMO    Date: 11/06/2025

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

Interpreter N/A    Language N/A

| Marlene Ramirez | CS 11/06/2025 | Stephen Chang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  Released on Bond
Jonathan Caravello

Attorneys for Defendants:  ✔ Present  Retained
Knut Sveinbjorn Johnson

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Superseding Indictment A.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant acknowledges having read the Superseding Indictment A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge Fernando M. Olguin.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 03/24/2026 9:00 AM;
Pre-Trial Conference: 03/13/2026 2:00 PM
* Judge Olguin is located in 6D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA
USMLA    USMED    USMSA
Statistics Clerk        Interpreter
CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: MR by TRB