1  Knut S. Johnson (SBN 125725)
2  **SINGLETON SCHREIBER, LLP**
   591 Camino de la Reina, Suite 1025
3  San Diego, CA 92108
4  Tel. (619) 771-3473
   Fax (619) 255-1515
5  kjohnson@singletonschreiber.com

6  Attorney for Defendant
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,   | Case No. 2:25-CR-00686(A)-FMO
11 |      Plaintiff,              |
12 |      v.                      | **DECLARATION OF SURETY,
13 | JONATHAN CARAVELLO,          | PATRICK CARAVELLO, IN
14 |      Defendant.              | SUPPORT OF STIPULATION AND
                                  | REQUEST FOR PERMISSION TO
                                  | TRAVEL**

## DECLARATION OF PATRICK CARAVELLO

I, Patrick Caravello, hereby state and declare as follows:

1. I am the brother of Jonathan Caravello. I am also a surety for his bond in *United States v. Jonathan Caravello* originally *2: 25-MJ-3504,* which now is case number *2:25-CR-00686(A)-FMO,* pending in the Central District of California. I previously read and agreed to the bond set for him dated July 14, 2025.

2. I am aware of the First Superseding Indictment, and the felony charge it contains. I am also aware of the March 24, 2026, trial date for this case.

3. His attorney Knut S. Johnson has advised me that he will ask this Court for permission for Jonathan to stay with me between December 14, 2025, and December 28, 2025.

4. I hereby consent to the travel as described in this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November, 2025, in Gilbert, Arizona.

By _____
…    Patrick Caravello