UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00686(A)-CV |
| Plaintiff, | GOVERNMENT'S CURRENT EXHIBIT LIST |
| v. | |
| JONATHAN CARAVELLO, | |
| Defendants. | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Map of Camarillo Location of Glass House Farms | Agent S.H. | | | |
| 2 | Picture of Laguna Road | Agent S.H. | | | |
| 3 | Picture Caravello – Pink Shirt | Special Agent J.M. | | | |
| 4 | [Reserved] | | | | |
| 5 | Picture of Caravello Before His Interview | Special Agent J.M. | FRE 401 and 403 | | |
| 6 | Agent R.C. Body Camera Screenshot 1 | Agent S.H. | | | |
| 7 | Agent S.H. Body Camera Screenshot 1 | Agent R.C. | | | |
| 8 | Agent R.C. Body Camera Screenshot 2 | Agent R.C. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9 | Agent A.C. Body Camera Screenshot 1 | Agent S.H. | | | |
| 10 | Agent A.C. Body Camera Screenshot 2 | Agent S.H. | | | |
| 11 | Agent A.C. Body Camera Screenshot 3 | Agent S.H. | | | |
| 12 | Agent A.C. Body Camera Screenshot 3 | Agent R.C. | | | |
| 13 | Agent A.C. Body Camera Screenshot 5 | Agent R.C. | | | |
| 30 | Agent S.H. Full Body Camera Footage | Agent S.H. (Full footage will not be admitted) | | | |

2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 31 | Agent R.C. Full Body Camera Footage | Agent R.C.<br><br>(Full footage will not be admitted) | | | |
| 32 | Agent A.C. Full Body Camera Footage | Agent A.C.<br><br>(Full footage will not be admitted) | | | |
| 33 | Agent S.H. Body Camera Clip 1 | Agent S.H. | | | |
| 34 | Agent S.H. Body Camera Clip 2 | Agent S.H. | | | |
| 35 | Agent S.H. Body Camera Clip 3 | Agent S.H. | | | |
| 36 | Agent S.H. Body Camera Clip 6 | Agent S.H. | | | |
| 37 | Agent S.H. Body Camera Clip 7 | Agent S.H. | | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 38 | Agent R.C. Body Camera Clip 3 | Agent S.H. | | | |
| 39 | Agent S.H. Body Camera Clip 4 | Agent S.H. | | | |
| 40 | Agent A.C. Body Camera Clip 1 | Agent S.H. | | | |
| 41 | Agent R.C. Body Camera Clip 1 | Agent R.C. | | | |
| 42 | Agent S.H. Body Camera Clip 5 | Agent S.H. | | | |
| 43 | Agent R.C. Clip 3 Slow Motion | Agent R.C. | | | |
| 100 | [Reserved] | | | | |
| 101 | Post-Arrest Interview with Jonathan Caravello Clip 1 | Special Agent J.M. | | | |

4

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 102 | Post-Arrest Interview with Jonathan Caravello Clip 2 | Special Agent J.M. | | | |
| 103 | [Reserved] | | | | |
| 104 | [Reserved] | | | | |
| 200 | Trial Stipulation Regarding the Identity of Defendant Jonathan Caravello (Dkt. 54) | N/A | | | |
| 201 | Tear Gas Canister | Agent S.H. | | | |
| 202 | Trial Stipulation Regarding Defendant's Exhibits Involving Still Frames from the Body Camera Footage (Dkt. 72) | N/A | | | |