# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | 2:25-cr-00686-CV | | Date | April 7, 2026 |
|---|---|---|---|---|

**Present: The Honorable** CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Jessica Cortes | ECRO | Roger Hsieh and Chris Bulut |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| | | | | Knut Johnson | X | | X |
| Jonathan Caravello | X | | X | John Paul | X | | X |

_____ Day <u>COURT TRIAL</u>          1 Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  X  Held & continued;  _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| X | Case continued to | April 8, 2026 at 8:30 am | for further trial/further jury deliberation. |
| | Other: | | |

                                                                    7        :        16

Initials of Deputy Clerk    JC