

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Date: April 9, 2026

Time: 4:17

Case No.:    CR 25-00686-CV

Case Title:   United States of America v. Jonathan Caravello

JURY NOTE NUMBER ___1___

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___    THE JURY REQUESTS THE FOLLOWING:

~~[illegible scribbled text]~~

~~[illegible scribbled text]~~

~~[illegible scribbled text]~~

Are the E-STAR reports available for the jury to view? If so, may we receive the reports for viewing?

DATE:    April 14, 2024    SIGNED: