

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00686-CV |
| Plaintiff, | VERDICT FORM |
| v. | |
| JONATHAN CARAVELLO, | |
| Defendant. | |

**QUESTION ONE**

1.   We, the Jury in the above-titled action, hereby unanimously find defendant JONATHAN CARAVELLO:

____✓____ NOT GUILTY

_____ GUILTY

of the offense of assaulting a federal officer using a deadly or dangerous weapon in violation of 18 U.S.C. § 111(a)(1), (b), as charged in the First Superseding Indictment.

If your answer is not guilty or you are unable to reach a unanimous verdict on Question One, please proceed to Question 2, below.

If your answer is guilty to Question One, skip Question 2, below, and instead have the foreperson sign and date the verdict form below.

**QUESTION TWO**

2.  We, the Jury in the above-titled action, hereby unanimously find defendant JONATHAN CARAVELLO:

_____✓_____  NOT GUILTY

_____  GUILTY

of the offense of simple assault on a federal officer in violation of 18 U.S.C. § 111(a)(1).



_____
FOREPERSON OF THE JURY

DATED: _4/9/26_____, in Los Angeles, California.

3